## Funkhouser's License.

Argued May 14, 1902.   Appeal, No. 151, April T., 1901, by T. P. Brown, from order of Q. S. Lawrence Co., March T., 1902, No. 51, granting a liquor license in In re Application of Julia A. Funkhouser.   Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.   Reversed.

*James A. Gardner*, for appellant.

*B. A. Winternitz*, with him *S. L. McCracken*, for appellee.

OPINION BY W. D. PORTER, J., December 13, 1902 :

The questions presented by this record have been considered in the opinion this day filed in the appeal of Meckas, " In re License of Reuben Keiper," supra, and are ruled by the principles which were there applied.

The order of the court of quarter sessions is reversed and it is now ordered that the appellee pay the costs of this appeal.